HENRY LOVERIDGE, Appellant, v. KENNEDY-VAN SAUN MFG. & ENG. CORPORATION, Respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of WILLIAM R. GARDINER, Assignee of CROSSMAN COMPANY, Appellant, v. FLORENCE H. RAUCH, Respondent. THE TRAVELERS INSURANCE COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [179 Misc. 606.]

THE GREENWICH SAVINGS BANK, Appellant, v. 1010 FIFTH AVENUE, INC., Respondent, et al., Defendants. FRED F. FRENCH INVESTING COMPANY, INC., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of IRVING KAPLAN, Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ERNEST A. SANDERS, JR., an Infant, by ERNEST A. SANDERS, SR., His Guardian ad Litem, et al., Appellants, v. THE BOARD OF EDUCATION OF THE UNION FREE SCHOOL DISTRICT No. 7 OF THE TOWNSHIP OF NORTH HEMPSTEAD, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between IRVING A. SARTORIUS et al., Respondents, and HOWARD FILSTON, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

PETER VALENTE et al., Doing Business as VALENTE & DEDONA, Respondents, v. JOHN AHEARN, Doing Business as AHEARN CONTRACTING COMPANY, et al., Appellants, et al., Defendants.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration Between 260 FIFTH AVENUE CORPORATION et al., Appellants, and EMANUEL SCYCHEL et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SUNSHINE FARMS, INC., Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HERBERT H. MAASS, Appellant, v. ISAAK FRENKEL, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.